BLACK & LOBELLO
ANDRAS F. BABERO, ESQUIRE
Nevada Bar No. 1658
E-mail: Ababero@blacklobellolaw.com
10777 W. Twain Ave
Third Floor
Las Vegas, Nevada 89135
Telephone (702) 869-8801
Facsimile (702) 869-2669
Attorneys for Debtor,
ARA Nevada LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

ARA NEVADA LLC,

    Debtor.

Case No. BK-S-13-19693-LED
Chapter 11

### CERTIFICATE OF SERVICE OF SMALLB BUSINESS MONTHLY OPERATING REPORT

On January 20, 2014, I serve the **Small Business Monthly Operating Report.**

1. I served the above-named document by the following means to the persons listed below:

   [ X ]   a.   ECF System. See Notice of Electronic Filing attached hereto.

   [ X ]   b.   United States mail, postage fully prepaid: See attachment 1.

   [ ]   c.   Personal Service:
   I personally delivered the document(s) to the persons at these addresses:
   [ ] For a party represented by an attorney, delivery as made by handing the document to the attorney or by leaving the document at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office.
   [ ] For a party, delivery was made by handing the document to the party or by leaving the document at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   [ ]   d.   By direct e-mail.
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the

transmission was unsuccessful.

[ ] e. By fax transmission.
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ] f. By messenger.
I served the document by placing them in an envelope or package addressed to the persons listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: 01-20-14

Jerri Hunsaker
Name

*Jerri Hunsaker*
Signature

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801  FAX: (702) 869-2669

ATTACHMENT 1

| | |
|---|---|
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central<br>Box 5512220<br>Las Vegas, NV 89155-1220 | Department of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 |

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

## Miscellaneous:

### 13-19693-led ARA NEVADA LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: led | Case Flag: BAPCPA |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ANDRAS F BABERO entered on 1/20/2014 at 10:49 AM PST and filed on 1/20/2014

**Case Name:** ARA NEVADA LLC
**Case Number:** 13-19693-led
**Document Number:** 18

**Docket Text:**
Monthly Operating Report for Filing Period Ending 11-16-13 thru 12-31-13 Filed by ANDRAS F BABERO on behalf of ARA NEVADA LLC (BABERO, ANDRAS)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Current Cases\Bentley, Chris & Jodi\BK ARA Nevada LLC\Pleadings\CH 11 B25C Report Period 11-16-13 thru 12-31-13.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/20/2014] [FileNumber=25870158-0
] [fa25629d7c06e0491bfdcec0bd40385c7e2f5eadf327bf4c95e7772dffa8308fc69
f0620e2041107cb26831a17d480599df610bd34462120ed9c08310bc814a6]]

### 13-19693-led Notice will be electronically mailed to:

ANDRAS F BABERO on behalf of Debtor ARA NEVADA LLC
ababero@blacklobellolaw.com, redtaipan888@hotmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

### 13-19693-led Notice will not be electronically mailed to: